**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: C.A.Y., A MINOR  : No. 51 EAL 2015
  :
  :
  :
  : Petition for Allowance of Appeal from the
  : Order of the Superior Court
  :
  :
  :
PETITION OF: R.Y., FATHER  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.